■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD NORELIUS, Appellant. [30 NYS3d 908]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Lozito, J.), rendered August 16, 2012, convicting him of driving while ability impaired by the combined influence of drugs or of alcohol and any drug or drugs in violation of Vehicle and Traffic Law § 1192 (4-a), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the subject mandatory surcharges and fee imposed at sentencing should be waived is unpreserved for appellate review (*see People v Ruz*, 70 NY2d 942, 943 [1988]; *People v Francis*, 82 AD3d 1263 [2011]; *People v Ziolkowski*, 9 AD3d 915 [2004]) and, in any event, without merit (*see* CPL 420.35 [2]; *People v Jones*, 26 NY3d 730 [2016]; *People v Bones*, 52 AD3d 522, 523 [2008]; *People v Domin*, 13 AD3d 391, 392 [2004]; *People v Owens*, 10 AD3d 619 [2004]). Rivera, J.P., Austin, Roman and Cohen, JJ., concur.